ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

JAN 18 2019
at 9 o'clock and 47 min. A M
SUE BEITIA, CLERK

| | |
|---|---|
| Aunty's Market China Town Hawaii LLC. HI<br>LETICIA TAMAYO<br>To Issue Special Power of Attorney<br>Business Partner OF JANET HOWELL<br>Tel. (808)542-7831<br>Bebothawaii@gmail.com<br>Tel. (808)202-8972<br>Bukitkit.38@gmail.com<br>  Plaintiffs<br>  VS<br>Amoguis Clans,<br>Karen Antonio, Flory Antonio<br>Carino Family, Karen Ventilasion<br>Agbayani Family,<br>Malanog Family<br>Esta Family<br>Cayabyab Edna and Daughter<br>BE MYLENE AND MARLENE<br>ACOSTA Families<br>Arnel Edades and Family<br>Marques Family<br>Rodriguez Family<br>Grace Mapanao & Family<br>DOE FALLS WITNESSES<br>ET ALL.<br><br>DEFENDANTS | CV19  00025  JAO-RT<br><br>BEFORE: MAGISTRATE<br>To File for New Case Number<br><br>JUDGE RICHARD PUGLISI<br><br>Complain of Criminal Action:<br>FAMILY ALIENATORS FRAUD MILITARY DEPENDENTS, CLAIMING TO BE GIRLFRIENDS, SEX OFFENDERS TO CHARGE THE GENIUS CRIMINALS WHO UNDERMINED SEDUCTOR, SEDUCTRESES, TERRORIZERS MULTIPLE IDENTITY THEFT FAMILIES, FAMILY ALIENATORS THEFT FAMILIES, FRAUD MILITARY DEPENDENTS CLAIMING TO BE Girlfriends, boyfriends, Beneficial Friends, Co-workers, Relatives Cousins et all.<br>RELATIVES, COUSINS ET ALL COMPLAIN OF: OBSTRUCTION OF JUSTICE INTENTIONAL MANSLAUGHTER AND ATTEMPTED MURDER CAUSE BY RELATIONAL ATTEMPTED MURDER CAUSE BY BULLIES, FAMILY ALIENATORS PROVOKERS, DUE TO THEIR CRAB MENTALITIES, GOLD DIGGERS OBSTRUCTING JUSTICE,<br>FRAUD DEPENDENTS HOME WRECKERS, FRAUD DEPENDENTS, GENIUS CRIMINALS, THIEVES, OBSTRUCTING OUR BUSINESS GROWTH |

==================================================================

* original copy

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

==================================================================

|  | **HOMESIDE, BULLIES, INTENTIONAL MANSLAUGHTER, ATTEMPTED MURDER, GROWTH BREACH OF CONTRACT, BREACH OF PEACE, BLOOD SUCKERS, FORGERS, LYBEL FABRICATORS, SLANDERERS, ETC.** |
|---|---|

**TO the Rightful Judges, may we request your good office to allow Business Partner Leticia Tamayo to Sue my Co-Religions, Co-Brethrens in my Church To get the Justice I need. Most of them Joined my Religion in order not to be being Sued it's against the Doctrine of our Church to Sue them, but they are the Actual Doer of Wrong and Evils. I don't want my Rightful Religion to stain HER NAME BECAUSE OF THE DOER OF WRONG THEY ARE SEDUCED BY WYMPY SEDUCTORS AND SEDUCTRESSES for their LUSH OF FLESH. My Church doesn't have to do anything of their criminal actions. I'm the Primary Plaintiff Janet Howell believe in My Religion that it will Save my Soul on Judgment day. My Soul is Very Important to me more than material things. To have my Business Partner as a third Party who will help me to Get My Justice and be able to Recover the Damages they have done to me. My**

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**
==================================================================

**Business Partner. Leticia Tamayo will help me if ever I'm Not around or while I'm far away from State to Recover and Get my Treatments. I'm Appointing Her to Help me to Sue all the People who Betrayed me, the People who severely Ruined my Reputation, who Step All Over My Pride, the People who Identity theft me for Life. The People who Forged My Signatures to make me Crazy Delusional Wife, but Actually Crazy Delusional Mistresses, Cuncubines, Seductor, Seductresses, Sex Offenders, Slanderers, Bullies, The Pure Abdominal Evils, willing to harm, willing to Kill to Keep their Dishonest Gains. Willing to Provoke, Willing to Run Me Over of the Cars that they Acquired Fraudulently through the Help of the Playboy Chick boy. who are Willing to Harm others for their DISHONEST GAINS. The FRAUD MILITARY DEPENDENTS they accumulated Due to my Husband's Sex ADDICTION, Negligence Heart, Delusional King Solomon De Fake, Father Abraham of New Millennium. Some of His Friends Beneficial Friends, Girlfriends are Hindering my Justice. Restraining Choking my Justice. I'm the one who's severely Injured they have the Nerve to Claim for the**

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

==================================================================

Insurances, stealing my case? It's Impossible that NO ATTORNEY will easily take my case. With 3 Cars Accident, with Phillippine Airlines Death in the Aircraft? My Cases are under Settlements and I know the Clever Man and HIS Girlfriends, with Bastards are trying to interfere on my Justice. I was obviously Betrayed and continually harm so the Compensatory Damages and Punitive Damages, Tangible and Intangible Damages Payments of the Damages Done to me is my Treatment.

May I request the Honorable Judges to Allow my Business Partner to be able to access the building to help me out on my case? specially if I really in Pain and needed to be treated or won't be able to move around. Sometimes My Injuries are unbearable. I will Highly appreciate the approval and consi-Deration of this Request. If the Court date will be granted hearing and conferences etc. Fraud Military Dependents will not be able to access the Federal Building. I'm Requesting to approve them to access the Building on Conferences, Hearings, all Legal Matters Pertaining to my Cases. I'm sure they will NOT use their Fake ID'S To incriminate themselves. I'M SURE the

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

==================================================================

**Honorable Judges and the Court will Respect my Belief and Religion and what Even in Paradise and Sacred Places there's always Snakes who will ruin The Unity and Cause Fractions in an Organization.**

**The doers of Wrong are Falls Brethren who joined our Church to keep their Dishonest Gains and they are giving in to Temptatons/Wympy being Seduced by Seductresses Sex Offenders for their Lush of Flesh.**

**They are obstruction Justice by Being Supported by the Clever Chick boy Playboy, King Solomon de Fake and Father Abraham of New Millenium the Fake.**

**I want to Charge them all of Punitive Damages and Compensatory, tangible, and intangible damages, DISFIGUREMENT, Lost of Happiness in Life. They all Cross the Line and they have been taken advantage of my Business Partner Janet Howell. Intentional Manslaughter, Home side and Attempted Murder. Due to the Multiple Fraud Military Dependents, I am obviously, in danger some are working in the Airport, some in the Immigration Custom, some are in the Best Security, some of their**

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

==================================================================

relatives are actually working in the Police Stations, Immigration and Custom.

**THESE FRAUD MILITARY DEPENDENTS ARE NOT EXCUSE ESPECIALLY THERE ARE THE ACTUAL EVIL DOERS OF WRONG. MOST OF THEM JOINED MY CHURCH SO THAT THEY WON'T BE SUED IT'S AGAINST THE DOCTRIN IN MY RELIGION TO SUE MY CO BRETHRENS IN MY CHURCH. I DON'T WANT THEM TO GET AWAY FROM THEIR CRIMES THEY ARE NOT EXCUSED.**

**PLEASE ALLOW MY BUSINESS PARTNER TO SUE THE HOME WRECKERS. IN ORDER NOT TO CHOCK, NOT HINDER THE JUSTICE THAT SHE'S PURSUING HER CHEST PAIN, CATASTROPHIC INJURIES TO BE TREATED.**

**I'M MY BUSINESS PARTNER WILL HELP ME RECOVER BY TAKING CARE OF SOME CLERICAL WORK FOR ME. I WISH AND HOPE THAT THIS COURT WILL ALLOW MY BUSINESS PARTNER TO ACCESS MY FILES WHILE**

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

==================================================================

**I'M AWAY OR IN DIFFERENT LOCATIONS FOR MY TREATMENTS. EASILY ONCE THE JUSTICE WILL BE SERVED/RECEIVED AND TRUTH WILL PREVAIL. AND MY EASY RECOVERY FINANCIALLY, PHYSICALLY, MENTALLY, DISFIGUREMENTS WILL HEAL ME JUSTICE IS MY REAL TREATMENT.**

**FALLS WITNESSES WHO RUINED AND UNDERMINED ME FURTHER, BULLIED ME BACK STABBED, FRAMED, BLOCK MAILED, IDENTITY THEFT, AND FORGERS FAMILY ALIENATORS, SHOULD ALL BE INTERROGATED AND PAY. THEY ARE ALL CHOKING MY JUSTICE AND MY BUSINESS GROWTH AND FINANCIAL STABILITY FOR MY BUSINESS VENTURES.**

**LONGING FOR AND BE ABLE TO RECOVER TO HAVE FINANCIAL STABILITY AND BUSINESS GROWTH TO HELP ME TO RECOVER FROM THIS CATASTROPHIC INJURIES DONE BY MYLTIPLE FRAUD DEPENDENTS. ME AND MY BUSINESS PARTER TRYING PURSUE JUSTICE TO REMOVE THE OBSTACLES, CHOCKERS OF JUSTICE.**

Multiple Families me their Puppet, Bullied THEY Continually Obstructing Justice THESE Multiple FRAUD MILITARY DEFENDANTS MONSTEROUS, TERRORIZERS

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

==================================================================

DELUSIONAL MISTRISSES CONNIVED WITH THEIR FAMILIES AND RELATIVES. They Damaged my Reputation, Credibility and Dignity. They damaged me Badly that's why I cannot have Financial Stability and Business Growth. **MY BUSINESS PARTNER WILL HELP ME TO GET MY JUSTICE. Please allow my Business partner to Sue my Enemies. My Business Partner is Leticia Tamayo our Business Name Affixed in the Front Page**

**I was** Bullied, Undermined, Cheated, Betrayed, Slandered, Lybel, and   fooled They made me Delusional Wife but Actually Delusional CONNIVING MISTRESSES SEX OFFENDERS, IMMORALS, BLOOD SUCKERS, GOLD DIGGERS, SLANDERERS

**MY Husband's GIRLFRIENDS? BOYFRIENDS? CO-WORKERS RELATIVES? COUSINS? THEY ARE NOT QUALIFIED TO BE A A MILITARY DEPENDENTS. THEY ARE NOT THE LEGAL WIFE.  THEY ARE NOT THE LEGAL GIRLFRIEND. MY HUSBAND IS OUT OF CONTROL.  WITH OR WITHOUT KIDS HE SUPPORTING THEM ALL ESPECIALLY ON VACATIONS EDUCATIONS ETC. HIS NOT RESPONSIBLE TO BUY THEM**

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO**

**IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

**HOUSES, GIVE BUSINESS CAPITALS ETC. MY HUSBAND, IS HEALTH HAZARD, HIS AN STD PATIENT. IT'S NOT HIS RESPONSIBILTY TO BUY THEM FANCY CARS AND HOUSES? AND GIVE MONEY FOR THEIR BUSINESSES HE IS STILL MARRIED TO ME, HIS NOT DIVORCE AND NOT IN THE PROCESS OF DIVORCING SO ALL RIGHTS ONLY TO ME AND FOR ME. THESE FRAUD MILITARY DEPENDENTS FAMILIES ALL OVER THE WORLD SHOULD BE PROSECUTED, THEY ALREADY BENEFFITTED.**

**SINCE 2003 YEARS. JUST RIGHTFULL FOR THEM TO PAY THE DISFIGUREMENTS, PAIN SUFFERINGS PLANNED THEIR PREGNANCIES TO BE SUPPORTED FOR LIFE. HOME WRECKERS MISTRESSES THEY HAD CRIMINAL CONVERSATION AND ALIENATION OF AFFECTION WITH MY HUSBAND. IT'S RIGHT AND PROPER THAT THE FRAUD MILITARY DEPENDENTS SHOULD PAY THE LEGAL WIFE'S PAIN, SUFFERINGS, MENTAL HARM, MENTAL ANGUISHED, BREACH OF CONTRACT AND BREACH OF PEACE, PUBLIC HUMILIATION, OBSTRUCTING JUSTICES.**

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

**I BEEN VICTIM OF IDENTITY THEFT MADE HER THEIR SUGAR MAMA FOR LIFE. COMPENSATORY AND PUNITIVE DAMAGES. THEY FRAUDULENTLY ENJOYED ALL THE BENEFITS THAT SUPPOSED TO BE MINE AND MY REAL FAMILY ONLY.**

**THEY GOT AWAY SINCE 2003, Late Discovery at the Maui Court, One of the theft mistress Karen Ventilation use my name There's a law suit against me, I'm sure she's the Culprit her Family and Friends. Her Bastard that she's claiming doesn't look like my husband. My husband is obsessed of Karen's name He was left Before by His X girlfriend Karen and He Still can't Move on.**

**IDENTITY THEFT FAMILIES. MULTIPLE FAMILIES THAT WAS BEING HELP THROUGH THE HELP OF THE CLEVER CHICK BOY PLAYBOY THEY WERE SUPPORTED FOR LIFE. SOME HAVE BUSINESES TOO THEY MULTIPLED DRASTICALLY. THEY SHOULD BE STOPPED. TO FREEZE ALL THEIR PROPERTIES TANGIBLE AND INTANGIBLE ASSETS.**

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

===================================================================

**TO STOPPED THEM ALL OF DRAINING MY ME. I'M THE LEGAL GIRLFRIEND AND LEGAL WIFE THEIR FRAUD MONETARY ALL KINDS OF SUPPORTS THAT THE CHICKBOY, PLAYBOY OUT OF CONTROL SEX ADDICT SHOULD BE FREEZE AND STOPPED. BENEFITS, CREDIT CARDS, BANK ACCOUNTS, EDUCATIONS LOANS SHOULD BE REFUNDED AND PAID BACK TO THE LEGAL WIFE TO THE LEGAL GIRLFRIEND WHICH IS ME THE PLAINTIFF.**

**I am Severely Mentally Harm, mental anguished mental, Lifetime Grieve and humiliation these gave me CHEST PAIN AND HEADACHES. There are times I cannot move due to cramping of My major muscles. I cannot use My Medical Insurances because I was mocked due to the Fabricated Delusional Wife but Actually Delusional Mistresses. Emotional Distress and Publicly Humiliated.** If with Kids $144M, To charge them of all 9 Million

x years of Being Fraud Military Dependents Identity Theft Women and Man

**MOTION/ACTION: DUE TO MY RELIGIOUS BELIEF, I DON'T WANT TO IMPLICATE MY RELIGION WHERE I'M GETTING ALL THE BENEFIT FOR MY SOUL, STRENTH IN MY LIFE THROUGH SPIRITUAL SERENITY AND HOLISTIC TREATMENTS FOR FAST RECOVERY IT'S MORETHAN A PSYCHOLOGIST VISITS, I CAN TALKED TO GOD DIRECTLY FOR HIS GUIDANCE, LOVING KINDNESS, UNEQUALED PEACE, HOPE AND LOVE I CAN TALK TO GOD TO COMFORT ME.**

==================================================================

Mistresses and Boyfriends. **One Kid, 2 Kids x 2**. = $188M. I was abused because Of them Publicly my Husband wants to pleased them all so that they can feel that The Legal Wife, Legal Girlfriend were Not in good Terms. He wants me to Co-Exist With the Hostile Fraud Military Dependents that He Implanted in our Lives. Mylene Acosta have 4 Kids now, contented to be Mistress, Fraud Military Dependents for Life. Her Kids need DNA Testing She's one of the MOST CRAZY DELUSIONAL MISTRESS SINCE IN BAHRAIN, SHE'S ALSO IN GERMANY THE ACTUAL BEST ACTRESS ON DEC. 17-19, 2012. She's here now in Hawaii, the Reason of My Abused, Pain, Suffering, one of my Husband's Priority when I badly Need Him.

Respectfully,

*/s/ Howell*
Janet Howell
Plaintiff

*/s/ Tamayo*
Leticia Tamayo
**Aunty's Market China Town**
**Hawaii LLC. HI**
**Business Partner/Legal Assistant**
