IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AUNTY'S MARKET CHINA TOWN HAWAII LLC. HI, et al., | CIVIL NO. 19-00025 JAO-RT |
| Plaintiffs, | ORDER ADOPTING, AS MODIFIED, MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | |
| AMOGUIS CLANS, et al., | |
| Defendants. | |

## ORDER ADOPTING, AS MODIFIED, MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation ("F&R") having been filed and served on all parties on February 11, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss the Complaint and Deny as Moot Application to Proceed in Forma Pauperis" are adopted, as modified, as the opinion and order of this Court. The Court MODIFIES the F&R as follows: the deadline to file a First Amended Complaint **and** an In Forma Pauperis Application **or** to pay the requisite filing fee is extended from March 11, 2019 to March 27, 2019.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, February 27, 2019.



Jill A. Otake
United States District Judge

CV 19-00025 JAO-RT; *Aunty's Market China Town Hawaii LLC, et al. v. Clans, et al.*; ORDER ADOPTING, AS MODIFIED, MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION