ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2019

at _11_ o'clock and _40_ min. _A_ M
SUE BEITIA, CLERK

JT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

cc: JAO

AUNTY'S MARKET )
New Address to send My Legal Papers )     CIVIL NO. 19-00025 JAO-RT
C/O 112 North King St. Honolulu )
HI, 96817 )
)
)
JANET HOWELL )
Plaintiff )
)
)
VS. )
)
)
Amoguis Clans, Et all. )
)
)
Defendants )
_____)

TO THE CLERK, TO THE JUDGES OF THIS CASE, May I request to Change the Judges on this Case

Due to the Following Reasons:  The Judges on this case despite of all my explanations about the Reasons

Of my Overseas Visit.  My visits there is also related to some of my Cases and Treatments for the Traumatic

Events and Disfigurements.  The Judges of this case made several actions while I'm away.  So quick, to

schedule the First Amendment of Complaint while I'm away.  I felt like they took advantage while I'm

away, even before I left, I already requested the more reasonable, time and date that all the Defendants

will be served in a timely manner of the time in a Sensitive Cases Like I have and also due to multiple

Defendants involved.

Time also is needed to be considered.  Inconsiderate Judges who are more insisting of their own

Calendar Schedules would add more Catastrophic Injuries and It will be devastated Chest Pain and

Humiliation on my part and most especially I don't want to lose this case.  I been through a lot.  I have a

ruined career that's why I don't have a job yet.  I have a hard time on looking for a Job because of the

Retaliation, defamed and undermined character.  I was Identity Theft by Multiple Women who are

claiming to be Girlfriends.  My Husband is still married to me and were Not in a process of Divorcing.

I will have the evidences through my Investigating Attorney Anthony Hugo who will meet me

On May 30, 2019. He will give me the evidences of the Family alienators, Identity theft Women, Fraud Military dependents.

This case is just started and I need a more Considerate Judges to understand my situations. I'm Still trying to get an Attorney who will represent me and will Revised the said complaint.

If all mentioned reasons are JUST NOTHING IMPORTANT including my Health, treatments, death of love ones also nothing? Will NOT consider as Reasonable excuse? I want Request for another Judges who are more considerate, compassionate, understanding, humility Not Humiliating. Please grant My Request on this matter. Winning in this Case is very Vital and very important Judges are Really Important to see all the angles, reasons, situations etc. I already lose my job, my career, my life, My happiness at least the Justice that I'm pursuing I should Win in this Case.

Respectfully,

Janet Howell
Plaintiff-Prose

/jch