UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JANET C. HOWELL,

    Plaintiff-Appellant,

and

LETICIA TAMAYO; AUNTY'S MARKET CHINA TOWN HAWAII LLC.,

    Plaintiffs,

v.

AMOGUIS CLANS; et al.,

    Defendants-Appellees.

No. 19-16236

D.C. No. 1:19-cv-00025-JAO-RT
District of Hawaii, Honolulu

ORDER

Before: CANBY and CHRISTEN, Circuit Judges.

    On July 31, 2019, the court denied petitioner's motion for the appointment of counsel. The July 31, 2019 order stated that no motions for reconsideration, clarification, or modification from the denial of counsel would be filed or entertained. Accordingly, the court declines to entertain appellant's motion for the appointment of counsel contained in Docket Entry No. 7.

    The request to disqualify Judges Canby and Christen, contained in Docket Entry Nos. 7 and 9, is denied.

Appellant's filing at Docket Entry No. 10 is referred to the panel that will be assigned to decide the merits of this appeal for whatever consideration the panel deems appropriate.

The request for an extension of time (Docket Entry No. 8) is denied. The opening brief is due November 20, 2019. Because there is no appearance by appellees, briefing will be complete upon the filing of the opening brief.